IT IS SO ORDERED.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

_s/Christopher A. Boyko_
**CHRISTOPHER A. BOYKO,**
**U.S. DISTRICT JUDGE**
Dated: 11/20/2019

ROBERT S. CARILLIO,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT,
INC., EXPERIAN INFORMATION
SOLUTIONS, INC., and EQUIFAX
INFORMATION SERVICES, LLC,

    Defendants.

Case No.  1:19-cv-01484-CAB

Honorable Judge Christopher A. Boyko

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, ROBERT S.

CARILLIO   and the Defendant MIDLAND CREDIT MANAGEMENT, INC., through their

respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal

Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: November 14, 2019

Respectfully Submitted,

**ROBERT S. CARILLIO**

**MIDLAND CREDIT MANAGEMENT,**
**INC.**

/s/ Taxiarchis Hatzidimitriadis
Taxiarchis Hatzidimitriadis
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax :(630) 575-8188
thatz@sulaimanlaw.com

/s/ Alicia A. Bond-Lewis (*with consent*)
Alicia A. Bond- Lewis, Bar No. 0087437
*Counsel for Defendant*
Dinsmore & Shohl.
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
Phone: (513) 9778556
Fax: (513) 977-8141
alicia.bond-lewis@dinsmore.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

/s/ Taxiarchis Hatzidimitriadis _____
Taxiarchis Hatzidimitriadis